NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 04a0007n.06
Filed: October 6, 2004

Case No. 02-5885; 02-5888

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| KENTUCKY RESTAURANT CONCEPTS INC., ET AL., | ) ) ) | |
| Plaintiffs-Appellants, | ) ) | |
| v. | ) ) ) | ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN |
| CITY OF LOUISVILLE, ET AL., | ) | DISTRICT OF KENTUCKY |
| Defendants-Appellees. | ) ) ) | |
| _____ | ) | |

BEFORE:  BATCHELDER and SUTTON, Circuit Judges; and BELL, District Judge.[*]

**ALICE M. BATCHELDER, Circuit Judge.**  At oral argument, counsel for Appellants and Appellees conceded that the only issue properly before this court is the question of damages–a question not overtly considered by the district court's June 12, 2002 order.  We agree. Accordingly,  we deny the Appellees' Motion to Dismiss and we REMAND this case for consideration of damages in light of the district court's prior order in favor of Appellants and such other factors as the district court deems relevant.

---

[*]The Honorable Robert Holmes Bell, Chief United States District Judge for the Western District of Michigan, sitting by designation.